[No. 10051-1-III. Division Three. January 30, 1990.]

DALE LOMMASSON, *Appellant*, v. THE CITY OF WALLA WALLA, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87-2-00557-8, Yancey Reser, J., entered

February 9, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.